UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Case No.: CV 00-13239-GHK(MANx)         Date: April 24, 2001

Title:    Peninsula Light Metals, LLC v. Wheel Pros, Inc., et al.

================================================================
DOCKET ENTRY
================================================================

PRESENT:  Hon. George H. King, United States District Judge

        Beatrice Herrera              None Present
        Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                          None Present

PROCEEDINGS:   Counter-Defendant's Motion to Dismiss Pursuant to
               12(b)(6)

     This matter is before the court on Counter-Defendant's Motion
to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). This motion is
appropriate for resolution without oral argument. Fed. R. Civ. P.
78; Local Rule 7.11. After fully considering the briefs and
papers pertaining to this matter, we rule as follows:

     Since Counterclaimant Wheel Pros, Inc. has stated its
intention to file a First Amended Counterclaim ("FACC") to cure
any alleged defects in its counterclaim, and Counter-Defendant
Peninsula Light Metals, LLC has not opposed such a filing,
Counter-Defendant's motion to dismiss is moot. Wheel Pros, Inc.
shall file its FACC within ten days hereof, by May 4, 2001.

IT IS SO ORDERED.

**MINUTES FORM 11**
**CIVIL-GEN**                         Initials of Deputy Clerk _____

ENTER ON ICMS
APR 25 2001